# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STAR CHAIN, INC., | ) | CASE NO. 19-65768 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SC RESTAURANT MANAGEMENT, LLC, | ) | CASE NO. 19-65802 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| OMER CASURLUK, | ) | CASE NO. 19-65803 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 1, LLC, | ) | CASE NO. 19-65770 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 3, LLC, | ) | CASE NO. 19-65771 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 5, LLC, | ) | CASE NO. 19-65772 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 6, LLC, | ) | CASE NO. 19-65773 |
| | ) | |
| Debtor. | ) | |

1

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 8, LLC, | ) | CASE NO. 19-65774 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 9, LLC, | ) | CASE NO. 19-65775 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 10, LLC, | ) | CASE NO. 19-65776 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 11, LLC, | ) | CASE NO. 19-65778 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 12, LLC, | ) | CASE NO. 19-65779 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 16, LLC, | ) | CASE NO. 19-65780 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 17, LLC, | ) | CASE NO. 19-65783 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 18, LLC, | ) | CASE NO. 19-65784 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| US STAR 19, LLC, | ) | CASE NO. 19-65785 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 20, LLC, | ) | CASE NO. 19-65787 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 21, LLC, | ) | CASE NO. 19-65788 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 26, LLC, | ) | CASE NO. 19-65789 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 27, LLC, | ) | CASE NO. 19-65791 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 30, LLC, | ) | CASE NO. 19-65792 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 31, LLC, | ) | CASE NO. 19-65801 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 32, LLC, | ) | CASE NO. 19-65794 |
| Debtor. | ) | |

| IN RE: | ) | CHAPTER 11 |
| --- | --- | --- |
| | ) | |
| US STAR 33, LLC, | ) | CASE NO. 19-65795 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 36, LLC, | ) | CASE NO. 19-65800 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 39, LLC, | ) | CASE NO. 19-65797 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 41, LLC, | ) | CASE NO. 19-65798 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE

This bankruptcy case was filed on October 2, 2019. The Debtor believes that this case qualifies as a Complex Chapter 11 case because:

\_\_\_\_ The Debtor has total debt or total assets of more than $25 million, excluding claims of insiders (as defined in 11 U.S.C.§ 101);

X   There are more than 100 parties in interest in this case, excluding former and current employees;

\_\_\_\_ Claims against or interests in the Debtor are publicly traded;

X   Other (Substantial explanation is required. Attach additional sheets if necessary.);

There are 27 affiliated Debtors operating approximately more than 3 dozen restaurants.

\_\_\_\_ The Debtor is not individual; and

\_\_\_\_ The Debtor does not own single asset real estate, or it does own single asset real estate but treatment as a Complex Chapter 11 Case is justified (attach explanation explaining the circumstances).

4

Dated: October 2, 2019.

/s/ *Will B. Geer*
Will B. Geer
Georgia State Bar No. 940493
WIGGAM & GEER, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
T: (404) 233-9800
F: (404) 287-2767
wgeer@wiggamgeer.com

and

/s/ *William A. Rountree*
William A. Rountree
Georgia State Bar No. 616503
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Ste. 175
Atlanta, Georgia 30329
(404) 584-1238 (telephone)
(404) 704-0246 (facsimile)
wrountree@rlklawfirm.com

5

## CERTIFICATE OF SERVICE

This is to certify that on this date I filed the foregoing **NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE** using the Court's CM/ECF system and served a true and correct copy upon the following parties by overnight mail, facsimile transmission, or electronic mail:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
USTP.Region21@usdoj.gov
ustpregion21.at.ecf@usdoj.gov

Dated: October 2, 2019.

*/s/ William A. Rountree*
William A. Rountree
Georgia State Bar No. 616503