**IT IS ORDERED as set forth below:**



**Date: October 2, 2019**

_Wendy L. Hagenau_
_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STAR CHAIN, INC., | ) | CASE NO. 19-65768 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SC RESTAURANT MANAGEMENT, LLC, | ) | CASE NO. 19-65802 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| OMER CASURLUK, | ) | CASE NO. 19-65803 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 1, LLC, | ) | CASE NO. 19-65770 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 3, LLC, | ) | CASE NO. 19-65771 |
| | ) | |
| Debtor. | ) | |

11

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 5, LLC, | ) | CASE NO. 19-65772 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 6, LLC, | ) | CASE NO. 19-65773 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 8, LLC, | ) | CASE NO. 19-65774 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 9, LLC, | ) | CASE NO. 19-65775 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 10, LLC, | ) | `CASE NO. 19-65776 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 11, LLC, | ) | CASE NO. 19-65778 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 12, LLC, | ) | CASE NO. 19-65779 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 16, LLC, | ) | CASE NO. 19-65780 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 17, LLC, | ) | CASE NO. 19-65783 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 18, LLC, | ) | CASE NO. 19-65784 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 19, LLC, | ) | CASE NO. 19-65785 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 20, LLC, | ) | CASE NO. 19-65787 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 21, LLC, | ) | CASE NO. 19-65788 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 26, LLC, | ) | CASE NO. 19-65789 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 27, LLC, | ) | CASE NO. 19-65791 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| US STAR 30, LLC, | ) | CASE NO. 19-65792 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| US STAR 31, LLC, | ) | CASE NO. 19-65801 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 32, LLC, | ) | CASE NO. 19-65794 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 33, LLC, | ) | CASE NO. 19-65795 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 36, LLC, | ) | CASE NO. 19-65800 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 39, LLC, | ) | CASE NO. 19-65797 |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| US STAR 41, LLC, | ) | CASE NO. 19-65798 |
| Debtor. | ) | |

## ORDER AUTHORIZING JOINT ADMINISTRATION
## OF RELATED CASES

The above-referenced Chapter 11 bankruptcy cases are before the Court on the Motion for Order Authorizing Joint Administration of Related Cases Under Rule 1015 of the Federal Rules of Bankruptcy Procedure ("Joint Administration Motion") filed by Debtors on October 2, 2019. In the Joint Administration Motion, Debtors requested authorization under Rule 1015 of the Federal

14

Rules of Bankruptcy Procedure to jointly administer the above-referenced bankruptcy cases. After reviewing the Joint Administration Motion, the Court has concluded that the Joint Administration Motion and the relief requested therein are appropriate. Accordingly, the Joint Administration Motion is hereby GRANTED.

IT IS FURTHER ORDERED that these Chapter 11 cases shall be jointly administered under the case name In re: Star Chain, Inc., Case No. 19-65768, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and

IT IS FURTHER ORDERED that the joint caption shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Jointly Administered Under |
| STAR CHAIN, INC., et al., | ) | |
| | ) | CASE NO. 19-65768 |
| Debtors. | ) | |

IT IS FURTHER ORDERED that all original docket entries shall be made in the case of Star Chain, Inc., Case No. 19-65768, and a docket entry shall be made in the jointly administered cases substantially as follows:

> In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered in this case authorizing the joint administration of this case with the Chapter 11 case of **In re: Star Chain, Inc.** The docket in Case No. 19-65768 should be consulted for all matters affecting this case. All further pleadings or other papers in this case, and the others jointly administered, shall be filed in the case of Star Chain, Inc., Case No. 19-65768.

IT IS FURTHER ORDERED that a separate claims register shall be maintained in each case; and

IT IS FURTHER ORDERED that counsel for Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in Debtors' cases within 5 business days of entry of this Order.

15

-End of Document-

Prepared and presented by:

*/s/ William A. Rountree*
William A. Rountree
Georgia State Bar No. 616503
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Ste. 175
Atlanta, Georgia 30329
(404) 584-1238 (telephone)
(404) 704-0246 (facsimile)
wrountree@rlklawfirm.com

16

Identification of Parties to be served:

Will B. Geer
Wiggam & Geer, LLC
Georgia Bar Number: 940493
50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303

William A. Rountree
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

17